# DAVID LOPEZ

ATTORNEY AT LAW

171 EDGE OF WOODS ROAD
SOUTHAMPTON, NEW YORK 11968

MAILING ADDRESS:
P.O. BOX 323
SOUTHAMPTON, NEW YORK 11969-0323

TELEPHONE (631) 287-5520
FACSIMILE (631) 283-4735
E-MAIL DAVIDLOPEZESQ@AOL.COM

March 23, 2010

Hon. E. Thomas Boyle
Magistrate Judge
U.S. District Court, E.D.N.Y.
Alphonse D'Amato United States Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re:   **Donoghue vs. Gabelli Global Deal Fund, CV 09 2580 (Bianco, J.)(Boyle, MJ)
Continued Initial Pre-Trial Conference**

Your Honor:

I am plaintiff's counsel in the above-captioned and I write with the knowledge and concurrence of defense counsel.

A continued Initial Pre-Trial Conference is scheduled before Your Honor for tomorrow, March 24, 2010, at 2:00 P.M. I respectfully request that it be continued *sine die*.

This case has been settled in principle through mediation and draft settlement papers are now circulating. The requested continuance would allow time for completion of formalities.

Alternatively, I request entry of a 30-day Order.

Very truly yours,

David Lopez