DAVID LOPEZ, ESQ. (DL-6779)
Plaintiff's Attorney
171 Edge Of Woods Road
P.O. Box 323
Southampton, New York 11969-0323
Tel (631) 287-5520
Fax (631) 283-4735

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

DEBORAH DONOGHUE,

        Plaintiff

Case No. 09 CV 2580 (BIANCO, J)
(BOYLE, MJ)

- against -

GABELLI GLOBAL DEAL FUND,

        Defendant.

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by plaintiff and by the defendants, through their respective attorneys, that the within action is dismissed with prejudice, each party to bear her or its own costs.

Dated: Southampton, New York
       March 23, 2010

_____
David Lopez, Esq. (DL-6779)
Attorney For Plaintiff

Dated: Rye, New York
      March 23, 2010

_____
Peter D. Goldstein, Esq. (PG - 0907)
Attorney for Defendant


SO ORDERED:

_____
JOSEPH F. BIANCO, U.S.D.J.
Central Islip, New York
March   , 2010